**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 12-CR-3-LRR |
| vs. | **ORDER** |
| ANTOINE HENDRICKS, | |
| Defendant. | |

_____

On July 10, 2018, this matter came on for a preliminary hearing on Petition to Revoke Supervision (Doc. 64), and a hearing on the government's request to have defendant detained pending a revocation hearing. The government was represented by Assistant United States Attorney Mark Tremmel. Defendant appeared personally and was represented by his attorney, Cory Goldensoph.

For the reasons stated by the Court on the record at the time of hearing, the Court (1) **finds probable cause** to believe defendant violated the conditions of release as alleged in the Petition to Revoke Supervision and (2) **grants** the government's request for detention. Defendant shall be detained and remain in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for July 23, 2018, before the Honorable Linda R. Reade.

**IT IS SO ORDERED** this 10th day of July, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa